No. 13-4549
===

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

UNITED STATES OF AMERICA,

Appellee,

v.

TYSHIK-KEE WILLIAMS,

Appellant.
_____

Appeal from the United States District Court
for the Eastern District of North Carolina
(Western Division)
No. 5:13-cr-00017-D-1

The Honorable Judge James C. Dever, III
_____

MOTION FOR EXTENSION OF TIME TO FILE
_____


_____

Bradley L. Henry
Breeding, Lodato & Lenihan, LLC
117 Center Park Drive, Suite 201
Knoxville, TN 37922
(865) 670-8535 (phone)
(865) 670-8536 (fax)
brad@breedinglaw.com
Counsel for Defendant-TYSHIK-KEE WILLIAMS

- 1 -

Comes now the attorney for TYSHIK-KEE WILLIAMS, Bradley L. Henry, and respectfully moves this Honorable Court for an order extending the time to file the opening brief for 30 days in this case. The brief is currently due October 18, 2013, in 3 days.

Counsel has been involved in several Appeal Briefs since being appointed on August 7, 2013, and has not had time to fully review all the documents sent by his client. Counsel was appointed this case on August 7, 2013. Prior to his appointment, counsel had no knowledge of the facts involved in this case. The case at bar is unique in nature because the Appellant plead guilty at the initial appearance/arraignment hearing. Counsel is still in the process of acquiring supporting documents that are critical to review in this case. At the time the case was appointed, counsel was involved in Brief preparations for a State case that was due September 13, 2013 and Brief preparations for a Federal Brief that was due September 27, 2013. Additionally, counsel has had several sentencing briefs to prepare. Without additional time counsel will be unable to fully review the file and draft a meaningful appeal for Mr. Williams.

Counsel needs additional time to secure the outstanding documents in his case and to fully review the file before discussing with Mr. Williams what issues he has available to him on appeal.

Counsel has contacted the United States Attorney in this case, Jennifer May-Parker, and she has no objection to the extension being granted.

Wherefore, Mr. TYSHIK-KEE WILLIAMS respectfully requests an extension of time to November 17, 2013 to file in this case.

Respectfully submitted, this the 15th day of October, 2013.

s/ Bradley L. Henry, BPR # 025447  
Breeding, Lodato & Lenihan, LLC  
117 Center Park Drive, Suite 201  
Knoxville, TN 37922  
(865) 670-8535 (phone)  
(865) 670-8536 (fax)  
brad@breedinglaw.com  
Counsel for Defendant-Appellant

## CERTIFICATE OF SERVICE

I do hereby certify that on October 15, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Bradley L. Henry