FILED: November 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4549

(5:13-cr-00017-D-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TYSHIK-KEE WILLIAMS

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 11/15/2013

Opening brief due: 11/15/2013

Response brief due: 01/10/2014

Any reply brief: 10 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk